IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSEPH G. TRUTWEIN,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 05-13635<br><br>Adv. No. 05-0896 |
| CATHY BLAKE,<br><div align="center">Plaintiff,</div><br>vs.<br><br>JOSEPH G. TRUTWEIN,<br><div align="center">Defendant.</div> | ORDER INCORPORATING<br>MEMORANDUM DECISION DATED<br>APRIL 2, 2007 |

Based upon this Court's Memorandum Decision dated April 2, 2007, which is incorporated herein by reference:

The Court finds that the Plaintiff has demonstrated no excusable neglect that would allow the Court to vacate its Dismissal Order pursuant to Federal Rule of Civil Procedure 60(b).

IT IS ORDERED denying the Plaintiff's Motion to Reopen Adversary Proceeding. The case will remain dismissed as of October 20, 2006, the date of the entry of the original order dismissing the case.

1

1
2  DATED this 2nd day of April, 2007.
3
4  _____
5  HONORABLE SARAH SHARER CURLEY
   United States Bankruptcy Judge
6
7
8  BNC to notice
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2